IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT THOMAS,

       Plaintiff,                No. CIV S-07-2133 LKK DAD P

   vs.

McKEE, et al.,

       Defendants.      ORDER

_____/

     Plaintiff, a former prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On October 25, 2007, the court ordered plaintiff to file a new application requesting leave to proceed in forma pauperis.  Plaintiff did so on November 21, 2007.  However, on November 28, 2007, plaintiff filed a notice of change of address because he has since been released on parole.  Because plaintiff is no longer in custody, he must submit an in forma pauperis application for a non-prisoner or pay the filing fee.

     Accordingly, IT IS HEREBY ORDERED that:

     1.  Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or a properly completed application to proceed in forma pauperis by a non-prisoner on the form provided with this order; plaintiff is cautioned that failure to comply with

/////

1

1    this order or seek an extension of time to do so will result in a recommendation that this action be

2    dismissed without prejudice; and

3                    2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

4    In Forma Pauperis By a Non-Prisoner for use in a civil rights action.

5    DATED: December 6, 2007.

6

7                                                    _Dale A. Drozd_____

8                                                    DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

9    DAD:4
     thom2133.3a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26