IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT THOMAS,

    Plaintiff,                   No. CIV S-07-2133 LKK DAD P

    vs.

SCOTT McKEE, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2008, the court filed findings and recommendations recommending that this action be dismissed due to plaintiff's failure to submit the filing fee or an application requesting leave to proceed in forma pauperis. In his objections to those findings and recommendations, plaintiff requests additional time to submit an in forma pauperis application and contends that he is currently incarcerated at the county jail. However, the objections reflect a new address for plaintiff which is not that of the jail where he was previously incarcerated. In the interest of justice, the court will vacate the findings and recommendations. Plaintiff is advised that Local Rule 83-182(f) requires that a party appearing in propria persona inform the court of any address change. Plaintiff's failure to do so will result in the dismissal of this action.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on January 17, 2008, are vacated;

2. Within thirty days from the date of this order, plaintiff shall file an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court for a prisoner; plaintiff must also submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint in this action;

3. Plaintiff's failure to comply with this order shall result in the dismissal of this action; and

4. Based upon address information provided in plaintiff's March 10, 2008 objections, the Clerk of the Court is directed to change plaintiff's address of record to: 4120 - 49th Avenue #85, Sacramento, CA 95823.

DATED: March 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
thom2133.vac