IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT THOMAS,

    Plaintiff,                    No. CIV S-07-2133 LKK DAD P

    vs.

SCOTT McKEE, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2008, plaintiff was directed to submit a properly completed in forma pauperis application form. In response to the court's order, plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application does not include page two of the form, which requires plaintiff's signature and a prison official's certification. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis. It appears that after plaintiff filed the defective application, he was released on parole; therefore, the court will order plaintiff to file an in forma pauperis application by a non-prisoner. Plaintiff is cautioned that should he fail to comply with this order, the court will recommend that this action be dismissed in light of the fact

/////

1

that the court has attempted since October of 2007 to obtain plaintiff's in forma pauperis application. See Order filed 10/25/07.

Plaintiff has requested the appointment of counsel. In certain exceptional circumstances, the district court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 10, 2008 application to proceed in forma pauperis is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application for a non-prisoner; plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice;

3. Plaintiff's April 10, 2008 motion for the appointment of counsel is denied; and

4. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Non-Prisoner for use in a civil rights action.

DATED: April 24, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ja/4
thom2133.3e

2