IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT THOMAS,

        Plaintiff,                  No. CIV S-07-2133 LKK DAD P

    vs.

SCOTT McKEE, et al.,

        Defendants.          <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By an order filed April 25, 2008, plaintiff's application to proceed in forma pauperis was denied and plaintiff was granted thirty days to file a properly completed in forma pauperis application for a non-prisoner. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a properly completed in forma pauperis application. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate

Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 12, 2008.

```
DAD:lg
thom2133.fifp(2)
```

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE