IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT THOMAS,

    Plaintiff,          No. CIV S-07-2133 LKK DAD P

  vs.

SCOTT McKEE, et al.,

    Defendants.      ORDER

_____/

        On January 30, 2009, plaintiff filed a letter requesting information about his case. This civil rights action was closed on August 21, 2008. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. In addition, the court cannot provide plaintiff with legal advice on issues such as the statute of limitations applicable to any new action he may elect to file.

DATED: March 9, 2009.

                                        _____
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:4
tho2133.58